UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:18-20120-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAFAYETTE TIMOTHY DOCK, III,

    Defendant.

_____/

**ORDER**

**THIS MATTER** is before the Court on the Report and Recommendation issued by Magistrate Judge Lisette M. Reid (ECF No. 204) and Lafayette Dock's Notice of Non-objection to Report and Recommendation and Request for Final Hearing (ECF No. 205). Having considered the Notice, and the entire record herein, it is hereby:

**ORDERED** that the Court **ADOPTS** the Magistrate Court's Report and Recommendation in its entirety as to Defendant's admission to violations 1, 2, 3, 5, 6, and 7 of the Violation Petition (ECF No. 204). It is further

**ORDERED** that a Final Revocation Hearing is scheduled for 2:00 p.m. on the 13th day of January 2025.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of January, 2025.

                                                s/Donald L. Graham
                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record